IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ALTICOR GLOBAL HOLDINGS INC., QUIXTAR.COM, INC., ALTICOR, INC. and AMWAY CORP.,<br><br>Defendants. | Civil Action No.: 13-512- LPS |

## MOTION FOR ADMISSION *PRO HAC VICE* OF CO-COUNSEL

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Laura Beth Miller, Scott A. Timmerman, and Manish K. Mehta of Brinks Hofer Gilson & Lione, NBC Tower, Suite 3600, 455 North Cityfront Plaza Drive, Chicago, IL 60611, to represent Defendants Alticor Global Holdings Inc., Quixtar.com, Inc., and Alticor Inc. f/k/a Amway Corporation, as co-counsel, in this action.

FOX ROTHSCHILD LLP

By: /s/ *Gregory B. Williams*
Gregory B. Williams (#4195)
Wali W. Rushdan II (#5796)
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, DE 19801
(302) 622-4211
gwilliams@foxrothschild.com
wrushdan@foxrothschild.com

*Attorneys for Defendants
Alticor Global Holdings Inc.,
Quixtar.com, Inc., Alticor Inc. f/k/a
Amway Corporation*

Date: September 10, 2013

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that (1) I am eligible for admission to this Court; (2) am admitted, practicing and in good standing as a member of the Bar of the State of Illinois; (3) pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action; and (4) I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

*/s/ Laura Beth Miller*
Laura Beth Miller
Brinks Hofer Gilson & Lione
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611
Tel: (312) 321-4715
lmiller@brinkshofer.com

Date: Sept. 10, 2013

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that (1) I am eligible for admission to this Court; (2) am admitted, practicing and in good standing as a member of the Bar of the State of Illinois; (3) pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action; and (4) I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

*/s/ Scott Timmerman*
Scott A. Timmerman
Brinks Hofer Gilson & Lione
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611
Tel: (312) 222-8125
stimmerman@brinkshofer.com

Date: Sept. 10, 2013

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that (1) I am eligible for admission to this Court; (2) am admitted, practicing and in good standing as a member of the Bar of the State of Illinois; (3) pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action; and (4) I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Manish K. Mehta<br>
Brinks Hofer Gilson & Lione<br>
NBC Tower, Suite 3600<br>
455 North Cityfront Plaza Drive<br>
Chicago, IL 60611<br>
Tel: (312) 840-3285<br>
mmehta@brinkshofer.com

Date: 9-10-13

## CERTIFICATE OF SERVICE

I, Gregory B. Williams, hereby certify that copies of the attached Motion for Admission *Pro Hac Vice* of Co-Counsel were served this day, via CM/ECF, on all counsel of record.

/s/ Gregory B. Williams
Gregory B. Williams (I.D. No. 4195)

Date: September 10, 2013