BRINKS
GILSON
&LIONE

**LAURA BETH MILLER**
312·321·4715
lmiller@brinksgilson.com

May 14, 2014

**VIA ECF**

Tracey Cordes
Clerk, U.S. District Court
E-Filing Registration
399 Federal Building
110 Michigan St., N.W.
Grand Rapids, MI 49503

Re:   **Princeton Digital Image Corporation v. Alticor Global Holdings Inc. et al.
        Case No. 1:14-cv-398, Hon. Janet T. Neff**

Dear Ms. Cordes:

Pursuant to Court Docket Nos. 41 and 43 in the above-identified district court matter, it was requested that Gregory Brian Williams of Fox Rothschild LLP enter an application for admission to the District Court for the Western District of Michigan if he intended to appear in this matter. We wish to inform the Court that Mr. Williams will not be applying for admission in this Court, on behalf of Defendant Alticor Inc. I, Laura Beth Miller, and others from our firm, will be handling the matter for Alticor in this Court.

Respectfully submitted,

Laura Beth Miller

Laura Beth Miller

cc:   Gregory Brian Williams, Esq. (by first-class mail)
      Sean O'Kelly (by first-class mail)